IN THE SUPREME COURT OF THE STATE OF NEVADA

DUSTIN JAMES BARRAL,
                    Appellant,
vs.
MEGAN ELIZABETH BARRAL, N/K/A
MEGAN ELIZABETH HAMMONDS,
                    Respondent.

No. 84721

FILED

AUG 04 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order resolving appellant's motion to modify child custody, visitation, and support. Eighth Judicial District Court, Family Court Division, Clark County; Stacy Michelle Rocheleau, Judge.

Review of the notice of appeal and documents before this court reveals a jurisdictional defect. Specifically, the challenged district court order granted appellant the relief he requested, suspending his support obligation. Further, the challenged order denied respondent's motion to reduce support arrears to judgment. Appellant is not aggrieved by this order. *See* NRAP 3A(a) (only an aggrieved party may appeal). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                                Herndon

22-24433

cc: Hon. Stacy Michelle Rocheleau, District Judge, Family Court Division
Dustin James Barral
Megan Elizabeth Barral
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2